# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

GAIL CARLSON,

      Plaintiff,

v.

PEI WEI ASIAN DINER,

      Defendant.

Civil Action No. 3:13-cv-00063
JUDGE HAYNES

Jury Demanded

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Docket Entry No. ___), in which the parties request that the Court enter an Order of Dismissal with Prejudice. The parties' request is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

ENTERED this _12th_ day of May, 2014.

UNITED STATES DISTRICT JUDGE